# LEVI LUBARSKY FEIGENBAUM & WEISS LLP

ATTORNEYS AT LAW
655 THIRD AVENUE
27TH FLOOR
NEW YORK, NEW YORK 10017

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLFWLAW.COM

January 4, 2018

BY ECF

Hon. Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *JPMorgan Chase Bank, N.A. v. LMR Construction LLC, et al.*,
              Case No. 17-cv-7683 (LTS) (DCF)

Dear Magistrate Judge Freeman:

       This firm represents plaintiff JPMorgan Chase Bank, N.A. in the above action. We write to inform the Court that the action has been settled. A Stipulation of Dismissal signed by counsel for the parties (a copy of which is enclosed) was submitted to the Orders and Judgments Clerk by e-mail on January 2, 2018, but has not yet been docketed. The parties have therefore not submitted a proposed discovery plan, which was otherwise due to be submitted today.

                                              Respectfully,

                                              s/Andrea Likwornik Weiss

                                              Andrea Likwornik Weiss

Enclosure

cc:    Amos Weinberg, Esq. (by email, w/enclosure)
       Attorney for Defendant LMR Construction LLC

       Douglas E. Robinson, Esq. (by ECF)
       Attorney for Defendant TVT Capital, LLC

       Ashlee Colonna Cohen, Esq. (by email, w/enclosure)
       Attorney for Global Merchant Cash, Inc.