UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A.,   :   Case No. 17-cv-7683 (LTS) (DCF)

         Plaintiff,   :

-against-   :   **STIPULATION OF DISMISSAL WITH PREJUDICE**

LMR CONSTRUCTION LLC,   :
GLOBAL MERCHANT CASH, INC.,
and TVT CAPITAL, LLC,   :

         Defendants.   :

----------------------------------------------------------------x

Plaintiff JPMorgan Chase Bank, N.A. and Defendants LMR Construction, LLC, Global Merchant Cash, Inc. and TVT Capital, LLC, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the immediate dismissal of this entire action, including all claims, counterclaims and cross-claims, with prejudice, with each party to bear their own respective attorneys' fees, costs and expenses incurred in this litigation.

Dated: New York, New York
       December 14, 2017

_____
Ashlee Colonna Cohen, Esq.
The Rubin Law Firm, LLC
Attorneys for Global Merchant Cash, Inc.
90 Broad St.
New York, NY 10004
(212) 804-7012

_____
Doug Robinson, Esq.
RTR Recovery, LLC
Attorneys for TVT Capital, LLC
122 East 42nd Street, Suite 2112
New York, NY 10168
(718) 775-3673

*[signature]*
Andrea Likwornik Weiss, Esq.
LEVI LUBARSKY FEIGENBAUM & WEISS LLP
Attorneys for JPMorgan Chase Bank, N.A.
655 Third Avenue, 27th Floor
New York, NY 10017
(212) 308-6100

*[signature]*
Nick Athanasopoulos, Esq.
Law Office of Amos Weinberg
Attorneys for LMR Construction, LLC
49 Somerset Drive South
Great Neck NY 11020-1821
(516) 829-3900